**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-7375**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHAWN JEROME ALLEN, a/k/a Rashon Allen,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CR-94-135)

───────────

Submitted: February 25, 1999          Decided: March 8, 1999

───────────

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Shawn Jerome Allen, Appellant Pro Se. Joseph William Hooge Mott, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shawn Jerome Allen seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Allen, No. CR-94-135 (W.D. Va. July 20 & Sept. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED